```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 10478
    ANTHONY C CAULEY
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7233

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/12/2007 and was confirmed 08/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CAR CREDIT                SECURED                .00          .00           .00
DIONNE BOYD               NOTICE ONLY    NOT FILED            .00           .00
IL STATE DISBURSEMENT UN  DSO ARREARS       2054.93           .00           .00
MICHELLE WHEATLEY         NOTICE ONLY    NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY         11163.40           .00           .00
AFNI INC                  UNSECURED     NOT FILED             .00           .00
AMERICAN COLLECTION       UNSECURED     NOT FILED             .00           .00
APELIES                   UNSECURED     NOT FILED             .00           .00
ARMOR SYSTEMS CO          UNSECURED     NOT FILED             .00           .00
ARMOR SYSTEMS CO          UNSECURED     NOT FILED             .00           .00
ARMOR SYSTEMS CO          UNSECURED     NOT FILED             .00           .00
ARMOR SYSTEMS CO          UNSECURED     NOT FILED             .00           .00
ASSET ACCEPTANCE LLC      UNSECURED     NOT FILED             .00           .00
CHASE BANK USA NA         UNSECURED        1789.21            .00           .00
CHICAGO TRIBUNE           UNSECURED     NOT FILED             .00           .00
CITY OF CHICAGO PARKING   UNSECURED        6380.00            .00           .00
CBA COLLECTION BUREAU OF  UNSECURED     NOT FILED             .00           .00
COLLECTION COMPANY OF AM  UNSECURED     NOT FILED             .00           .00
EMERGE MASTERCARD         UNSECURED         402.13            .00           .00
COMPUTER CREDIT SERVICE   UNSECURED     NOT FILED             .00           .00
COMPUTER CREDIT           UNSECURED     NOT FILED             .00           .00
CLERK OF CIRCUIT COURT    UNSECURED     NOT FILED             .00           .00
COUNTY MEDIATION RESOLUT  UNSECURED     NOT FILED             .00           .00
CREDIT PROTECTION         UNSECURED     NOT FILED             .00           .00
CREDITORS PROTECTION SER  UNSECURED     NOT FILED             .00           .00
CREDITORS PROTECTION SER  UNSECURED     NOT FILED             .00           .00
CROSS COUNTRY BANK        UNSECURED     NOT FILED             .00           .00
DEPENDON COLLECTION SE    UNSECURED     NOT FILED             .00           .00
DEPENDON COLLECTION SE    UNSECURED     NOT FILED             .00           .00
DEPENDON COLLECTION SE    UNSECURED     NOT FILED             .00           .00
DEPENDON COLLECTION SE    UNSECURED     NOT FILED             .00           .00
DOROTHY BROWN             UNSECURED     NOT FILED             .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10478 ANTHONY C CAULEY
```

```
DOROTHY BROWN              UNSECURED       NOT FILED              .00            .00
CHARMING SHOPPES FASHION   UNSECURED          383.54              .00            .00
I C COLLECTION SERVICE     UNSECURED       NOT FILED              .00            .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED              .00            .00
ST IL TOLLWAY AUTHORITY    UNSECURED         5370.20              .00            .00
IMAGINE/FBOFD              UNSECURED       NOT FILED              .00            .00
KOMYATTE & FREELAND        UNSECURED          293.91              .00            .00
KOMYATTE & FREELAND        UNSECURED           94.95              .00            .00
KOMYATTE & FREELAND        UNSECURED           60.00              .00            .00
LAKE IMAGING LLC           UNSECURED       NOT FILED              .00            .00
MEDICAL COLLECTION         UNSECURED       NOT FILED              .00            .00
MEDCO HEALTH SOLUTIONS     UNSECURED       NOT FILED              .00            .00
MERRICK BANK               UNSECURED          627.75              .00            .00
MIRACLE FINANCIAL          UNSECURED       NOT FILED              .00            .00
RICHARD P KOMYATTE & ASS   UNSECURED         1799.32              .00            .00
MUTUAL HOSPITAL SERV       UNSECURED       NOT FILED              .00            .00
MUTUAL HOSPITAL SERV       UNSECURED       NOT FILED              .00            .00
MUTUAL HOSPITAL SERV       UNSECURED       NOT FILED              .00            .00
MUTUAL HOSPITAL SERV       UNSECURED       NOT FILED              .00            .00
MUTUAL HOSPITAL SERV       UNSECURED       NOT FILED              .00            .00
MUTUAL HOSPITAL SERV       UNSECURED       NOT FILED              .00            .00
MUTUAL HOSPITAL SERV       UNSECURED       NOT FILED              .00            .00
OBERWEIS DAIRY             UNSECURED       NOT FILED              .00            .00
PELLETTIERI & HENNINGS     UNSECURED          500.00              .00            .00
PELLETTIERI & HENNINGS     UNSECURED       NOT FILED              .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         1639.04              .00            .00
SOCIAL SECURITY            UNSECURED       NOT FILED              .00            .00
VILLAGE OF DOLTON DEPT O   UNSECURED       NOT FILED              .00            .00
WORLD FINANCIAL NETWORK    UNSECURED       NOT FILED              .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          497.02              .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        10397.84              .00            .00
INTERNAL REVENUE SERVICE   SECURED NOT I       .00                .00            .00
CHASE TAX RELATED PRODUC   UNSECURED          978.18              .00            .00
ASPIRE                     UNSECURED          897.35              .00            .00
RECOVERY MANAGEMENT SYST   UNSECURED          754.93              .00            .00
CHASE BANK USA NA          SECURED NOT I      90.39               .00            .00
IL STATE DISBURSEMENT UN   UNSECURED         1638.14              .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS     14226.48               .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,334.00                           470.16
TOM VAUGHN                 TRUSTEE                                             34.84
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
       -----------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
       -----------------------------------------------------------------------------
TRUSTEE                         505.00

PRIORITY                                                    .00

               PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 10478 ANTHONY C CAULEY
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                    470.16
TRUSTEE COMPENSATION                                               34.84
DEBTOR REFUND                                                        .00
                                 ----------------    ----------------
TOTALS                                     505.00              505.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 04/23/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE